# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANQIANG YU, Pro Se,<br><br>                    Plaintiff,<br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director Federal Bureau of Investigation,<br><br>                    Defendants. | CASE NO. 07cv0296-LAB (RBB)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONFIRMING MOTION HEARING**<br><br>[Dkt No. 5] |

       The Order To Show Cause entered September 21, 2007 requiring a response to the Complaint in this matter has been discharged by Defendants' filing, on October 9, 2007, of a Motion To Dismiss Or Alternatively To Amend Order To Show Cause, calendared to be heard December 3, 2007. Plaintiff Jianqiang Yu, proceeding *pro se* with a Complaint For Writ In The Nature Of Mandamus to compel Defendants to process his Application To Register as a Permanent Resident or Adjust Status, is hereby instructed to comply with the Federal Rules of Civil Procedure and the Civil Local Rules in response to the Motion. Failure to timely file a responsive pleading will be construed as non-opposition to the granting of Defendants Motion, and the court will dismiss the action in its entirety without prejudice.

       **IT IS SO ORDERED**.

DATED: October 10, 2007

                                                                        *[signature]*
                                           **HONORABLE LARRY ALAN BURNS**
                                           United States District Judge